**LAW OFFICES**
**PECK & LOEWE**
A PROFESSIONAL CORPORATION
ALLAN P. LOEWE (State Bar No. 61928)
32123 LINDERO CANYON ROAD, SUITE 209
WESTLAKE VILLAGE, CALIFORNIA 91361
TEL 818/707-1028 • FAX 818/707-1029

Attorney for Defendant THE BOEING COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE ORNELAS,<br><br>                     Plaintiff,<br>vs.<br><br>THE BOEING COMPANY; and DOES 1 through 10, inclusive,<br><br>                     Defendant. | Case No.: SACV04-962 CJC (MLGx)<br><br>[Formerly Case No. CV045579 DSF]<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON**<br><br>Discovery Cut-Off:   9/16/05<br>Motion Cut-Off:      10/17/05<br>Mediation Cut-Off:  11/4/05<br><br>Pre-Trial Conference: 11/14/05<br>Trial:                      11/22/05 |

Plaintiff BONNIE ORNELAS [hereinafter "**PLAINTIFF**"] and Defendant THE BOEING COMPANY [hereinafter "**DEFENDANT**"], hereby stipulate and agree as follows:

WHEREAS:    **PLAINTIFF** has brought this action against **DEFENDANT**;

WHEREAS:    **PLAINTIFF** is represented by William M. Paoli and Jeanine A. Scalero of Wentworth, Paoli & Purdy

/////

---
STIPULATION RE: DISMISSAL AND ORDER THEREON
1

1  WHEREAS: Law Offices Peck and Loewe, a Professional Corporation,
2  represents **DEFENDANT**.

4  WHEREAS: It is the intent of **PLAINTIFF** to dismiss, *with prejudice,* her
5  entire action and Complaint.

7  **IT IS HEREBY STIPULATED THAT:**

9  Pursuant to *Federal Rules of Civil Procedure*, Rule 41 (a) (1), Plaintiff
10 BONNIE ORNELAS shall dismiss, *with prejudice*, this entire action and
11 Complaint, including any and all claims set forth in and arising out of the above-
12 referenced action.

14 **IT IS SO AGREED TO AND STIPULATED:**

16 DATED: Sept 6, 2005         BONNIE ORNELAS

18                             By: _____
                                BONNIE ORNELAS, Plaintiff

21 DATED: Sept 6, 2005         WENTWORTH, PAOLI & PURDY, LLP

23                             By: _____
24                                JEANINE A. SCALERO, Attorney for
                                  Plaintiff BONNIE ORNELAS

25 /////
26 /////
27 /////
28 /////

2

**STIPULATION RE: DISMISSAL AND ORDER THEREON**

**IT IS SO AGREED TO AND STIPULATED:**

DATED: 9/19/05

THE BOEING COMPANY

By: _David J. Brogno_ (signature)

DATED: 9/27/05

LAW OFFICES PECK & LOEWE
A Professional Law Corporation

By _____
ALLAN P. LOEWE, Attorney for
Defendant THE BOEING COMPANY

## COURT ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Pursuant to the Stipulation entered into by the parties herein, Plaintiff's entire action and Complaint, including any and all claims set forth in and arising out of the above-referenced action, is hereby dismissed, *with prejudice.*

DATED: 10/3/05

_____
JUDGE OF THE U.S. DISTRICT COURT

---

3

**STIPULATION RE: DISMISSAL AND ORDER THEREON**